

GFM

FILED IN OPEN COURT

OCT 23 2024

CHRISTOPHER L. EKMAN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO. 24-181-TFM |
| ) | USAO NO. 24R00391 |
| v. ) | Mag. No. 24-MJ-253 |
| ) | |
| EDUARDO PALOMEQUE, ) | VIOLATIONS: 46 USC § 70503(A)(1) |
| JOSE MIGUEL DE PAZ TOVILLA, ) | 46 USC § 70506(B) |
| TANLY DAMI DNANCHUNDIA-REZABACA, ) | |
| WALTER ALEJANDRO HEDRERA, and ) | |
| ADRIAN PALOMEQUE GORDIUO ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One
### Conspiracy to Distribute Cocaine on Board a Vessel
### Title 46, United States Code, Section 70506(b)

Between on or about September 1, 2024 and continuing until on or about September 24, 2024, within the extraterritorial jurisdiction of the United States, the defendants,

**EDUARDO PALOMEQUE,
JOSE MIGUEL DE PAZ TOVILLA,
TANLY DAMI DNANCHUNDIA-REZABACA,
WALTER ALEJANDRO HEDRERA, and
ADRIAN PALOMEQUE GORDIUO**

did willfully, knowingly and unlawfully conspire with each other, and with other persons, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States, contrary to Title 46, United States Code, Section 70503(a)(1).

In violation of Title 46, United States Code, Section 70506(b).

The quantity of cocaine attributable to each defendant in the conspiracy exceeds 5 kilograms; thus, each defendant is subject to the penalty provisions of Title 21, United States Code, Section 960(b)(1)(B) as incorporated by Title 46, United States Code, Section 70506(a).

### Count Two
### Possession with the Intent to Distribute Cocaine on Board a Vessel
### Title 46, United States Code, Section 70503(a)(1)

On or about September 24, 2024, within the extraterritorial jurisdiction of the United States, the defendants,

**EDUARDO PALOMEQUE,**
**JOSE MIGUEL DE PAZ TOVILLA,**
**TANLY DAMI DNANCHUNDIA-REZABACA,**
**WALTER ALEJANDRO HEDRERA, and**
**ADRIAN PALOMEQUE GORDIUO**

aided and abetted by each other and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute approximately 1148 kilograms of cocaine, a Schedule II controlled substance, on board a vessel subject to the jurisdiction of the United States.

In violation of Title 46, United States Code, Section 70503.

The quantity of cocaine involved in the offense exceeds 5 kilograms; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 960(b)(1)(B) as incorporated by Title 46, United States Code, Section 70506(a).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

2

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

_____
GEORGE F. MAY
Assistant United States Attorney

*Sean P. Costello by Kasee S. Heisterhagen*
SEAN P. COSTELLO
United States Attorney

OCTOBER 2024